**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | 09-04078M-001-PCT-MEA |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| Sharita Marie Querta ) | |
| Defendant. ) | |

The defendant appeared in court and admitted to violating her conditions of probation as alleged in Paragraph C of the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FIVE (5) MONTHS**.

IT IS FURTHER ORDERED that Paragraphs A and B of the petition are DISMISSED.

IT IS RECOMMENDED that the defendant serve her sentence at the Coconino County Jail.

DATED this 2nd day of June, 2010.

_____
Mark E. Aspey
United States Magistrate Judge